Jamison UTTER, et al.,
Plaintiffs/Appellants,

v.

Benjamin ECKERT, Defendant,

Holly Utter, intervenor, Respondent.

No. WD 53355.

Missouri Court of Appeals,
Western District.

July 15, 1997.

STATE of Missouri, Respondent,

v.

Michael CHAPEY, Appellant.

Michael CHAPEY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 68135, 71249.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 15, 1997.

Thomas E. Hankins, Gladstone, for Plaintiffs/Appellants.

Eylar Curtis, Kansas City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

The children and parents of the deceased appeal the circuit court's apportionment of the proceeds of a wrongful death settlement between the children, parents, and the decedent's estranged wife. Appellants claim the trial court abused its discretion in awarding fifty percent of the settlement to the wife.

Judgment affirmed.